B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## PLANO DIVISION

In re: GEORGE DALE WIGINGTON D/B/A　　　Case No.: 18-42230
WYLIE INDUSTRIES D/B/A WYLIE
INVESTMENT GROUP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2). Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Select Portfolio Servicing, Inc. | Nationstar Mortgage LLC d/b/a Mr. Cooper |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to Transferee should be sent:**
Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, Utah 84165-0250
Phone: 1-800-258-8602
Last Four Digits of Acct. #: 1140

Court Claim # (if known): 4
Amount of Claim: $134,203.89
Date Claim Filed: November 7, 2018

Phone: 877-343-5602
Last Four Digits of Acct. #: 6303

**Name and Address where Transferee payments should be sent (if different from above)**
Select Portfolio Servicing, Inc
Attn: Remittance Processing
PO Box 65450
Salt Lake City, Utah 84165-0450
Phone: 1-800-258-8602
Last Four Digits of Acct. #: 1140

B 2100A (Form 2100A) (12/15)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 10/23/20c9
Grant M. Tabor/ TBN 24027905
Email: gtabor@logs.com
Shapiro Schwartz, LLP
13105 Northwest Freeway, Suite 1200
Houston, TX 77040
Telephone: (713) 462-2565
Facsimile: (847)879-4856
Counsel for Select Portfolio Servicing, Inc.

*Penalty for making a false statement.* Fine of up to $500.00 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Transfer of Claim was served on the below listed persons and all persons by ECF/CM, or by regular U.S Mail postage prepaid as indicated on ___October 23___, 2019:

**DEBTOR(S):**
George Dale Wigington
2451 Elm Grove Rd
Wylie, TX 75098

**DEBTOR(S)' ATTORNEY:**
George Dale Wigington
2451 Elm Grove Rd.
Wylie, TX 75098

**US TRUSTEE**
US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

**BANKRUPTCY TRUSTEE**
Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

**TRANSFEROR**
Nationstar Mortgage LLC d/b/a Mr. Cooper
Attn: Bankruptcy Dept
P.O. Box 619096
Dallas, TX 75261-9741

_/s/ Grant M. Tabor_
Grant M. Tabor