2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Texas
Case No. 18-42230
Chapter 13

In re: Debtor(s) (including Name and Address)

George Dale Wigington
2451 Elm Grove Road
Wylie TX 75098

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/23/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 4: NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741 | Select Portfolio Servicing, Inc.<br>Attn: Remittance Processing<br>P.O. Box 65450<br>Salt Lake City, UT 84165-0450 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/26/19

Jeanne Henderson
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Texas

In re:                                                              Case No. 18-42230-btr
George Dale Wigington                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4          User: colwilld          Page 1 of 1          Date Rcvd: Oct 24, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2019.
7587625        +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,   ATTN: Bankruptcy Dept,   PO Box 619096,
                Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:
              Carey D. Ebert    on behalf of Trustee Carey D. Ebert, ECFch13plano@ch13plano.com
              Carey D. Ebert,    ECFch13plano@ch13plano.com
              Eboney Cobb    on behalf of Creditor    Wylie ISD ecobb@pbfcm.com, ecobb@ecf.inforuptcy.com
              George Dale Wigington    on behalf of Debtor George Dale Wigington dalewig10@verizon.net
              George Dale Wigington    on behalf of Plaintiff George Dale Wigington dalewig10@verizon.net
              Grant M. Tabor    on behalf of Creditor    Select Portfolio Servicing, Inc. txbkeastern@logs.com,
               gtabor@logs.com
              H. Gray Burks, IV    on behalf of Defendant    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               gburks@logs.com, nibates@logs.com
              Kim Moses Linden    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               klinden@rascrane.com, lojha@rascrane.com
              Kirk A. Schwartz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kschwartz@logs.com, txbkeastern@logs.com
              Kirk A. Schwartz    on behalf of Creditor    Select Portfolio Servicing, Inc. kschwartz@logs.com,
               txbkeastern@logs.com
              Lauren W. Ojha    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               lojha@rascrane.com
              Lauren W. Ojha    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               lojha@rascrane.com
              Melissa L. Palo    on behalf of Creditor    Dallas County lisa.cockrell@lgbs.com,
               Julie.wilson@lgbs.com
              Melissa L. Palo    on behalf of Creditor    City of Wylie lisa.cockrell@lgbs.com,
               Julie.wilson@lgbs.com
              Shelly K. Terrill    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               STerrill@RASCrane.com
              Shelly K. Terrill    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               STerrill@RASCrane.com
              US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 17