Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

Bankruptcy Proceeding No.: 18–42230
Chapter: 13
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
George Dale Wigington
dba Wylie Industries, dba Wylie Investment
Group
2451 Elm Grove Road
Wylie, TX 75098

Social Security / Individual Taxpayer ID No.:
xxx–xx–4787

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074

on 4/22/20 at 10:00 AM

to consider and act upon the following:

Chapter 13 Trustee's Motion to Dismiss Case and Setting Hearing Filed by Carey D. Ebert Hearing scheduled for 4/22/2020 at 10:00 AM at Plano Bankruptcy Courtroom. (Attachments: # 1 Proposed Order)(Ebert, Carey)

Dated: 3/27/20

Jason K. McDonald
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Texas

In re:                                                          Case No. 18-42230-btr
George Dale Wigington                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0540-4           User: admin              Page 1 of 1             Date Rcvd: Mar 27, 2020
                               Form ID: 106nc           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
db              +George Dale Wigington,    2451 Elm Grove Road,    Wylie, TX 75098-6239
cr              +City of Wylie,    Linebarger Goggan Blair & Sampson, LLP,    c/o Melissa L. Palo,
                  2777 N. Stemmons Frwy,    Suite 1000,    Dallas, TX 75207-2328
cr              +Dallas County,    Linebarger Goggan Blair & Sampson LLP,    c/o Melissa L. Palo,
                  2777 N. Stemmons Freeway,    Suite 1000,    Dallas, Tx 75207-2328
cr              +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    RAS Crane, LLC,    1900 Enchanted Way, Suite 125,
                  Grapevine, TX 76051-1023
cr              +Wylie ISD,    c/o Perdue Brandon Fielder et al,    500 E Border St,    Suite 640,
                  Arlington, TX 76010-7457

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Nationstar Mortgage LLC d/b/a Mr. Cooper
cr               Select Portfolio Servicing, Inc.
                                                                                             TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
              Carey D. Ebert    on behalf of Trustee Carey D. Ebert, ECFch13plano@ch13plano.com
              Carey D. Ebert,    ECFch13plano@ch13plano.com
              Eboney Cobb    on behalf of Creditor    Wylie ISD ecobb@pbfcm.com, ecobb@ecf.inforuptcy.com
              George Dale Wigington    on behalf of Plaintiff George Dale Wigington dalewig10@verizon.net
              George Dale Wigington    on behalf of Debtor George Dale Wigington dalewig10@verizon.net
              Grant M. Tabor    on behalf of Creditor    Select Portfolio Servicing, Inc. txbkeastern@logs.com,
               gtabor@logs.com
              H. Gray Burks, IV    on behalf of Defendant    Select Portfolio Servicing, Inc. gburks@logs.com,
               nibates@logs.com
              H. Gray Burks, IV    on behalf of Defendant    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               gburks@logs.com,    nibates@logs.com
              Kim Moses Linden    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               klinden@rascrane.com,    lojha@rascrane.com
              Kirk A. Schwartz    on behalf of Creditor    Select Portfolio Servicing, Inc. kschwartz@logs.com,
               txbkeastern@logs.com
              Kirk A. Schwartz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kschwartz@logs.com,    txbkeastern@logs.com
              Lauren W. Ojha    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               lojha@rascrane.com
              Lauren W. Ojha    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               lojha@rascrane.com
              Melissa L. Palo    on behalf of Creditor    City of Wylie lisa.cockrell@lgbs.com,
               Julie.wilson@lgbs.com
              Melissa L. Palo    on behalf of Creditor    Dallas County lisa.cockrell@lgbs.com,
               Julie.wilson@lgbs.com
              Shelly K. Terrill    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               Shelly.Terrill@Padgettlawgroup.com,    Shelly.Terrill@hotmail.com
              Shelly K. Terrill    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               Shelly.Terrill@Padgettlawgroup.com,    Shelly.Terrill@hotmail.com
              US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 18