Larry R. Boyd
Chad Timmons
Emily M. Hahn
**Abernathy, Roeder, Boyd & Hullett, P.C.**
1700 Redbud Blvd, Suite 300
McKinney, Texas   75069
Telephone: (214) 544-4000
Telecopier: (214) 544-4040
ATTORNEYS FOR COLLIN COUNTY
TAX ASSESSOR COLLECTOR

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: GEORGE DALE WIGINGTON | ' | |
| | ' | |
| | ' | CASE NO. 18:42230 |
| | ' | CHAPTER 13 |
| DEBTOR: | ' | |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010 (b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

*COLLIN COUNTY TAX ASSESSOR/COLLECTOR*, a secured creditor in the above-referenced matter, hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon the following attorneys:

| Chad Timmons | Larry R. Boyd | Emily M. Hahn |
| --- | --- | --- |
| Abernathy, Roeder, Boyd & Hullett, P.C. | Abernathy, Roeder, Boyd & Hullett, P.C. | Abernathy, Roeder, Boyd & Hullett, P.C. |
| 1700 Redbud Blvd, Ste. 300 | 1700 Redbud Blvd, Ste. 300 | 1700 Redbud Blvd, Ste. 300 |
| McKinney, Texas  75069 | McKinney, Texas  75069 | McKinney, Texas  75069 |
| Telephone: (214) 544-4000 | Telephone: (214) 544-4000 | Telephone: (214) 544-4000 |
| Telecopier: (214) 544-4040 | Telecopier: (214) 544-4040 | Telecopier: (214) 544-4040 |
| ctimmons@abernathy-law.com | bankruptcy@abernathy-law.com | ehahn@abernathy-law.com |

attorneys for *COLLIN COUNTY TAX ASSESSOR/COLLECTOR*.

This request encompasses all notices, copies, and pleadings referred to in Section 1109(b) of Title 11, of the United States Code, or in Rules 2002 or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, ECF, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

By: /s/ *Chad Timmons*
    Larry R. Boyd
    State Bar No. 02775000
    Chad Timmons
    State Bar No. 24060732
    Emily M. Hahn
    State Bar No. 24101846
    lboyd@abernathy-law.com
    ctimmons@abernathy-law.com
    ehahn@abernathy-law.com
    1700 Redbud Blvd., Ste. 300
    McKinney, Texas  75069
    Telephone:  (214) 544-4000
    Telecopier: (214) 544-4040
    **ATTORNEYS FOR COLLIN COUNTY TAX ASSESSOR/COLLECTOR**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on July 30, 2020, a copy of the foregoing document was served on the parties electronically via the Court's ECF System.

/s/ *Chad Timmons*