IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NUMBER: 18-42230 |
| | ) | |
| GEORGE DALE WIGINGTON | ) | CHAPTER 13 |
| d/b/a WYLIE INDUSTRIES | ) | |
| d/b/a WYLIE INVESTMENT GROUP | ) | |
| XXX-XX-4787 | ) | |
| 2451 ELM GROVE ROAD | ) | |
| WYLIE, TX 75098 | ) | |
|    Debtor | ) | |
| | ) | |
| GEORGE DALE WIGINGTON, | ) | |
|    Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONSTAR MORTGAGE LLC | ) | |
| d/b/a MR. COOPER and SELECT | ) | |
| PORTFOLIO SERVICING, INC., | ) | |
|    Respondents. | ) | |
| _____ | ) | |

**ORDER ON DEBTOR'S MOTION TO VACATE CASE DISMISSAL**

On May 12, 2021, this Court heard the *Motion to Vacate Dismissal Order and Reinstate Case* [Dkt. #54] filed by George Dale Wigington ("Debtor") in the main bankruptcy case. Upon consideration of that motion, the responses thereto filed by Nationstar Mortgage LLC d/b/a Mr. Cooper and Select Portfolio Servicing, Inc., the arguments of parties' counsel at the hearing, and information as to plan payments provided by the Chapter 13 Trustee at the hearing, the Court finds good cause for entry of the following order:

IT IS HEREBY ORDERED that, for reasons set forth at the hearing on the record, Debtor's *Motion to Vacate Dismissal Order and Reinstate Case* is DENIED. Therefore, the instant case is DISMISSED and CLOSED pursuant to the *Order Dismissing Chapter 13 Case with Retention of*

*Jurisdiction* [Dkt. #52].

Signed on 5/20/2021

*Brenda T. Rhoades*   YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

| McCARTHY & HOLTHUS, LLP | McGUIREWOODS LLP |
|---|---|
| */s/ Yoshie Valadez* | */s/ Matthew D. Durham with permission* |
| Cole Patton | Matthew D. Durham |
| SBN 24037247 | SBN 24040226 |
| Yoshie Valadez | 2000 McKinney Avenue, Suite 1400 |
| SBN 24091142 | Dallas, Texas  75201 |
| Robert Brandon Hakari | mdurham@mcguirewoods.com |
| SBN 24107552 | Tele. (214) 932-6400 |
| MHTbankruptcy@mccarthyholthus.com | Fax   (214) 932-6499 |
| 1255 West 15th Street, Suite 1060 | ATTORNEY FOR |
| Plano, Texas  75075 | NATIONSTAR MORTGAGE |
| Phone (214) 291-3800 | LLC d/b/a MR. COOPER |
| Fax (214) 291-3801 | |
| Atty File No. TX-19-21541 | |
| ATTORNEYS FOR SELECT PORTFOLIO SERVICING, INC. | |