**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| IN RE: | § § | |
| George Dale Wigington | § § | CASE NO. 18-42230 |
| | § § | CHAPTER 13 |
| DEBTOR(S) | § § § | |

**ORDER VACATING ORDER ON DEBTOR'S MOTION TO
VACATE CASE DISMISSAL**
Document No. 59

ON THIS DATE the Court conducted a review of the file in the above-referenced case. On May 20, 2021, an Order on Debtor's Motion to Vacate Case Dismissal was entered on the docket in error. Accordingly, just cause exists for the entry of the following order.

**IT IS ORDERED** that the Order entered on May 20, 2021, [Document No. 59], is hereby **VACATED**.

Signed on 05/20/2021

_Brenda T. Rhoades_    SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE